

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
Attorneys for Evanston Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>v.<br><br>MCIC VERMONT, INC. and<br>NEW YORK PRESBYTERIAN<br>HOSPITAL<br><br>　　　　Defendants. | **08 CIV. 6699**<br>CIVIL ACTION NO:<br>**JUDGE KOELTL**<br><br>**PLAINTIFF EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO *FED. R. CIV. P.* 7.1** |

　　　Pursuant to *Fed. R. Civ. P.* 7.1, the Undersigned Counsel for Plaintiff, Evanston Insurance Company (a private non-governmental party), certifies that the following are corporate parents and publicly held corporations that own 10% or more of Evanston's stock:

　　　Markel Corporation
　　　4521 Highwoods Parkway
　　　Glen Allen, VA 23060

Dated:　July 25, 2008

　　　　　　　　　　　　　　　　　　**TRAUB LIEBERMAN STRAUS &
　　　　　　　　　　　　　　　　　　SHREWSBERRY LLP**
　　　　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　　　　Plaintiff Evanston Insurance Company

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Cheryl P. Vollweiler (CPV9951)