UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
EVANSTON INSURANCE COMPANY,

                Plaintiff,

                                        08 CIVIL 6699 (JGK)

                -against-

MCIC VERMONT, INC. and
NEW YORK PRESBYTERIAN HOSPITAL,
                Defendant.
-------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **CHERYL P. VOLLWEILER**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **CPV9951**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

    To: **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ Address: **MID-WESTCHESTER EXECUTIVE PARK, SEVEN SKYLINE DRIVE, HAWTHORNE, NY 10532**

☒ Telephone Number: **914-347-2600**

☒ Fax Number: **914-347-8898**

☒ E-Mail Address: **cvollweiler@traublieberman.com**

Dated: **8/18/08**      /s/ Cheryl P. Vollweiler