**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EVANSTON INSURANCE COMPANY,

        Plaintiff(s),　　　　　　　　　　　　　　　Index No.08 CIV.6699

  -against-　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

MCIC VERMONT, INC. et al.,

        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK　)
        S.S.:
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 1st day of August, 2008, at approximately 3:50 p.m., deponent served a true copy of the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet upon New York Presbyterian Hospital at 1320 York Avenue, New York, NY, by personally delivering and leaving the same with Marva Goldson, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Marva Goldson is a black female, approximately 50 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and brown eyes and wore glasses.

HECTOR FIGUEROA #870141

Sworn to before me this
5th day of August, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com