UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
EVANSTON INSURANCE COMPANY,

       Plaintiff,

       Case Number: 08 Civ. 6699
v.       Hon. John G. Koeltl

MCIC VERMONT, INC. and
NEW YORK PRESBYTERIAN HOSPITAL,

       NOTICE OF APPEARANCE

       Defendants.
------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Phyllis M. Wrann of the law firm of Winget, Spadafora & Schwartzberg, LLP, located at 45 Broadway, 19th Floor, New York, New York 10006, hereby enters her appearance in this matter as counsel of record for Defendants MCIC VERMONT, INC. and NEW YORK PRESBYTERIAN HOSPITAL.

Dated: New York, New York
       August 19, 2008

       Respectfully submitted,

       WINGET, SPADAFORA & SCHWARTZBERG, LLP

       By:   /s/ Phyllis M. Wrann
           Phyllis M. Wrann (PW 1430)
           45 Broadway, 19th Floor
           New York, New York 10006
           (212) 221-6900
           wrann.p@wsllp.com