UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

-----------------------------------------x

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

MCIC VERMONT, INC. and
NEW YORK PRESBYTERIAN HOSPITAL,

    Defendants.

-----------------------------------------x

Case Number: 08 Civ. 6699
Hon. John G. Koeltl

**STIPULATION EXTENDING
TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the time for Defendants to serve and to file their Answers to the Complaint in the above-captioned action is extended from August 19, 2008 to on or before September 9, 2008. There have been no previous requests for extensions of time to Answer.

TRAUB LIEBERMAN STRAUS
& SHREWSBERRY LLP

By: _____
Cheryl P. Vollweiler, Esq. (CPV9951)
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, NY 10532
(914) 347-2600
Attorneys for Plaintiff

WINGET, SPADAFORA &
SCHWARTZBERG, LLP

By: _____
Phyllis M. Wrann, Esq. (PWJ430)
45 Broadway, 19th Floor
New York, New York 10006
(212) 221-6900
Attorneys for Defendants

SO ORDERED:

_____
Judge John G. Koeltl

8/18/08

1