**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVANSTON INSURANCE COMPANY,

        Plaintiff,

        -against-

MCIC VERMONT, INC. and
NEW YORK PRESBYTERIAN
HOSPITAL

        Defendants.
-----------------------------------------------------------X

Case No. 08 CIV 6699
(Judge Koeltl)

AFFIDAVIT OF SERVICE

STATE OF VERMONT   )
        S.S.:
COUNTY OF CHITTENDEN  )

        WENDY HELTSLEY, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 5th day of August, 2008, at approximately the time of 5:40 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFF EVANSTON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; AND CIVIL COVER SHEET upon MCIC VERMONT, INC. at 70 St. Paul Street, Suite 500, Burlington, VT, by personally delivering and leaving the same with NANY GRAY who informed deponent that she holds the position of Director with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

NANY GRAY is a white female, approximately 45 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with red hair.

_____
WENDY HELTSLEY

Sworn to before me this
5th day of August, 2008

_____
NOTARY PUBLIC

RANDI OBERMAN
Notary Public
VERMONT

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com